# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA M. WAGNER, | ) | CASE NO. 1:09cv1115 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **ORDER** |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Before the Court is a Report and Recommendation ("R&R") of a magistrate judge recommending that this case be remanded for a rehearing under the fourth sentence of 42 U.S.C. § 405(g) primarily because the Administrative Law Judge ("ALJ"), applying the wrong legal standard, conducted a redetermination rather than a continuing disability review. (Doc. No. 16.) Objections to the R&R were due on July 29, 2010. The Commissioner filed a notice that he would not be filing any objections. (Doc. No. 17.) Not surprisingly, plaintiff has not filed any objections.

There being no objections to the R&R, the Court hereby **ACCEPTS** the R&R and will by separate Judgment Entry remand this matter for a rehearing before an ALJ. The rehearing should be a continuing disability review.

**IT IS SO ORDERED**.

Dated: July 30, 2010

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**